**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ALSON LOCKHART, JR;        ) | |
|                             ) | |
|           Plaintiff,     ) | |
|                             ) | |
|           v.              ) | Civil No. 2015-18 |

ALSON LOCKHART, JR;        )

                         )

         Plaintiff,    )

                         )

         v.            )    Civil No. 2015-18

                         )

VIRGIN ISLANDS DEPARTMENT OF   )

HEALTH; DUANE HOWELL;     )

                         )

         Defendant.    )

                         )

                         )

**ATTORNEYS:**

**Karin A. Bentz**
Law Offices of Karin Bentz, P.C.
St. Thomas, USVI
    *For the Alson Lockhart, Jr.,*

**Claude Walker, Acting Attorney General**
**Ariel Marie Smith-Francois**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
    *For the defendants.*

<u>**JUDGMENT**</u>

**GÓMEZ, J.**

    Alson Lockhart, Jr. ("Lockhart") was an emergency medical technician ("EMT") for the Emergency Medical Services of the Virgin Islands ("EMS"). While working as an EMT, Lockhart allegedly "experienced and witnessed sexual harassment of females in the EMT division." *Compl.* at ¶ 15. Several people, both individually and collectively, filed grievances over the

*Lockhart v. Virgin Islands Department of Health*
Civ. No. 15-18
Judgment
Page 2

alleged conduct. EMS members further filed a charge of unfair

labor practices against the Department of Health ("DoH").

On August 8, 2013, Lockhart tendered his resignation.

Thereafter, on November 8, 2013, Lockhart contacted the DoH and

rescinded his resignation. Lockhart was informed that he could

return to his former position on February 28, 2014. On January

31, 2014, Lockhart was informed by the DoH that it would not be

reinstating him. Lockhart filed a union grievance.

On March 8, 2015, Lockhart brought suit in this Court. The

Complaint consisted of six Counts generally alleging various

sexual harassment and contract claims. On May 10, 2016, the

parties met before the Court for a pretrial conference. At the

conference, the parties reported to the Court that the matter

had been settled.

Thereafter, on May 12, 2016, the DoH filed a Motion to

Dismiss. The DoH explained in its motion that the parties had

executed a settlement agreement resolving all claims in this

matter. Along with the motion to dismiss, the DoH submitted a

copy of the signed settlement agreement, a copy of the personnel

action reinstating Lockhart to his position as an EMT, and

financial records establishing payment.

The premises considered, it is hereby

*Lockhart v. Virgin Islands Department of Health*
Civ. No. 15-18
Judgment
Page 3

ORDERED that the parties' settlement agreement is **APPROVED**;

it is further

ORDERED that the trial setting in this matter is **VACATED**;

it is further

ORDERED that all pending motions in this case are **MOOT**; it

is further

ORDERED that this case is **DISMISSED**; and it is further

ORDERED that the Clerk of the Court shall **CLOSE** this case.

S\_____
        **Curtis V. Gómez**
        **District Judge**